No. IV.

PFEIFER, J., would also accept the appeal on Proposition of Law Nos. I, II, and III.

O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2009–1433.   Culgan v. State.**

Richland App. No. 08–CA–217, 2009-Ohio-3570. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

CUPP, J., would accept the appeal on Proposition of Law Nos. I and II only.

PFEIFER and O'DONNELL, JJ., dissent.

**2009–1469.   State v. Johnson.**

Cuyahoga App. No. 91701, 2009-Ohio-3101.

MOYER, C.J., and PFEIFER and O'CONNOR, JJ., dissent.

**2009–1480.   In re C.A.**

Montgomery App. No. 23022, 2009-Ohio-3303. Discretionary appeal accepted; cause held for the decision in 2008–1624, *In re Smith,* Allen App. No. 1–07–58, 2008-Ohio-3234; and briefing schedule stayed.

PFEIFER, J., dissents.

**2009–1483.   Biggs v. State.**

Richland App. No. 08–CA–224, 2009-Ohio-3404. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1484.   Whitley v. River's Bend Health Care.**

Lawrence App. No. 08CA30, 2009-Ohio-3366. Discretionary appeal accepted on Proposition of Law Nos. I and II.

PFEIFER and LANZINGER, JJ., would also accept the appeal on Proposition of Law No. III.

O'DONNELL and CUPP, JJ., dissent.

**2009–1493.   State v. Gresham.**

Montgomery App. No. 22766, 2009-Ohio-3305. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER and O'CONNOR, JJ., dissent.

**2009–1507.   Berry v. Javitch, Block & Rathbone, L.L.P.**

Cuyahoga App. No. 91723, 2009-Ohio-3067.

LUNDBERG STRATTON and CUPP, JJ., dissent.

O'CONNOR, J., not participating.

**2009–1545.   Webster v. State.**

Richland App. No. 2008 CA 0163, 2009-Ohio-3568. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

O'CONNOR, O'DONNELL, and CUPP, JJ., would accept the appeal on Proposition of Law Nos. II and III only.

**2009–1552.   State v. Johnson.**

Franklin App. No. 08AP–990, 2009-Ohio-3436.

PFEIFER, O'CONNOR, and O'DONNELL, JJ., dissent.

**2009–1554.   Harrison v. State.**

Cuyahoga App. No. 92095, 2009-Ohio-3467. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.